**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTWON MAURICE BAYARD,           ) | |
|                                                               ) | |
|          Petitioner,                              ) | 3:10-cv-00517-RCJ-VPC |
|                                                               ) | |
| vs.                                                        ) | |
|                                                               ) | **ORDER** |
| UNITED STATES OF AMERICA, *et al.*,  ) | |
|                                                               ) | |
|          Respondents.                        ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner states in his petition that he wishes to challenge the judgment in *Bayard v. Skolnik,* 3:09-cv-00476-RCJ-VPC, a habeas corpus petition pursuant to 28 U.S.C. § 2254. That petition was dismissed by this court on June 9, 2010. A petition pursuant to 28 U.S.C. § 2255 may not be used to challenge an unfavorable outcome of a petition pursuant to 28 U.S.C. § 2254.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the application for leave to proceed in forma pauperis (ECF No. 1) is **DENIED** as moot.

**IT IS THEREFORE ORDERED** that the motion for appointment of counsel (ECF No. 3) is **DENIED** as moot.

Dated this 11th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE